UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROYAL HOSPITALITY SERVICES, LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE UNITED STATES SMALL )<br>BUSINESS ADMINISTRATION and )<br>KELLY LOEFFLER[1] in her official )<br>capacity as Administrator of the United )<br>States Small Business Administration )<br>)<br>Defendants. ) | Civil Action No. 1:24-cv-13031-GAO |

**ROYAL HOSPITALITY SERVICES, LLC'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff Royal Hospitality Services, LLC ("Royal"), by and through counsel, submits this Motion for Summary Judgment in connection with its Complaint for Declaratory Relief [DN 1], with supporting citations to the Administrative Record ("AR") established at the Small Business Administration ("SBA") Office of Hearings and Appeals level.[2]

For the reasons detailed throughout the Memorandum in Support of this Motion for Summary Judgment, Royal respectfully requests that this Court hold unlawful and set aside SBA's determination that Royal was not eligible for the Second Draw Paycheck Protection Program Loan it received, and rule that SBA's denial decision violates the Administrative Procedure Act. *See* 5 U.S.C. § 706(2)(A).

---

[1] SBA Administrator Kelly Loeffler has been automatically substituted for Isabella Casillas Guzman as a Defendant. *See* Fed. R. Civ. P. 25(d).

[2] Defendants filed the AR under seal on May 9, 2025. *See* DN 27.

<div style="margin-left: 40%;">

<u>*/s/ Chelsea Granville Reed*</u>
Chad W. Higgins, Esq. (BBO No. 668924)
Joseph E. Long (BBO No. 713886)
DENTONS BINGHAM GREENEBAUM LLP
One City Center, Suite 11100
Portland, ME 04101-6420
(207) 810-4955
chad.higgins@dentons.com
joseph.long@dentons.com

Chelsea Granville Reed (KY Bar No. 99160)
(admitted *pro hac vice*)
Kristin McCall (KY Bar No. 97289*)*
(admitted *pro hac vice*)
DENTONS BINGHAM GREENEBAUM LLP
101 South Fifth Street, Suite 3500
Louisville, KY 40202
(502) 587-4200
chelsea.granvillereed@dentons.com
kristin.mccall@dentons.com

COUNSEL FOR PLAINTIFF,
ROYAL HOSPITALITY SERVICES, LLC

</div>

## CERTIFICATE OF SERVICE

  I, Chelsea Granville Reed, hereby certify that this document filed through the ECF system on August 7, 2025 will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and to the following:

Leah B. Foley, U.S. Attorney
Nicole M. O'Connor, Assistant U.S. Attorney
United States Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA  02210
(617) 748-3112
Nicole.O'Connor@usdoj.gov

COUNSEL FOR DEFENDANTS,
THE UNITED STATES SMALL BUSINESS
ADMINISTRATION AND KELLY LOEFFLER

              */s/ Chelsea Granville Reed*
              Chelsea Granville Reed (admitted *pro hac vice*)
              DENTONS BINGHAM GREENEBAUM LLP
              101 South Fifth Street, Suite 3500
              Louisville, KY 40202
              (502) 587-4200
              chelsea.granvillereed@dentons.com

              COUNSEL FOR PLAINTIFF,
              ROYAL HOSPITALITY SERVICES, LLC