UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROYAL HOSPITALITY SERVICES, LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE UNITED STATES SMALL )<br>BUSINESS ADMINISTRATION and )<br>KELLY LOEFFLER[1] in her official )<br>capacity as Administrator of the United )<br>States Small Business Administration )<br>)<br>Defendants. ) | Civil Action No. 1:24-cv-13031-GAO |

## ORDER GRANTING MOTION FOR SUMMARY JUDGMENT

The motion having been made by Plaintiff Royal Hospitality Services, LLC ("Royal") for summary judgment (the "Motion") in the above-captioned case and the Court being otherwise duly and sufficiently advised:

**IT IS HEREBY ORDERED** that the Motion should be, and hereby is, **GRANTED**.

**ENTERED THIS** _____ **DAY OF** _____, \_\_\_\_\_

_____
JUDGE GEORGE A. O'TOOLE, JR.,
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

---

[1] SBA Administrator Kelly Loeffler has been automatically substituted for Isabella Casillas Guzman as a Defendant. *See* Fed. R. Civ. P. 25(d).

**Tendered By:**

Chad W. Higgins, Esq. (BBO No. 668924)
Joseph E. Long (BBO No. 713886)
DENTONS BINGHAM GREENEBAUM LLP
One City Center, Suite 11100
Portland, ME 04101-6420
(207) 810-4955
chad.higgins@dentons.com
joseph.long@dentons.com

Chelsea Granville Reed (KY Bar No. 99160) (admitted *pro hac vice*)
Kristin McCall (KY Bar No. 97289*)* (admitted *pro hac vice*)
DENTONS BINGHAM GREENEBAUM LLP
101 South Fifth Street, Suite 3500
Louisville, KY 40202
(502) 587-4200
chelsea.granvillereed@dentons.com
kristin.mccall@dentons.com

COUNSEL FOR PLAINTIFF,
ROYAL HOSPITALITY SERVICES, LLC