**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

ROYAL HOSPITALITY SERVICES, LLC,

      Plaintiff,

v.

THE UNITED STATES SMALL BUSINESS
ADMINISTRATION and Kelly LOEFFLER
in her official capacity as Administrator of the
United States Small Business Administration

      Defendants.

Civil Action No. 1:24-cv-13031-GAO

**NOTICE OF SUPPLEMENTAL AUTHORITIES**

Defendants, by and through their Attorney, Leah B. Foley, United States Attorney for the District of Massachusetts, respectfully submit this notice of supplemental authorities to the Court in support of their cross-motion for summary judgment (Doc. No. 35). Specifically, Defendants respectfully refer the Court to two developments that bear on the issues currently pending before the Court on the parties' summary judgment briefing:

First, on March 6, 2026, the United States Court of Appeals for the Fifth Circuit denied Plaintiff-Appellant's petition for rehearing in *Shop Rite Inc. v. U.S. Small Business Administration*, No. 25-30028 (5th Cir. Mar. 6, 2026), ECF No. 80 (Court Order). Additionally, on April 9, 2026, the Supreme Court of the United States denied Plaintiff-Appellant's petition for a writ of certiorari in that appeal. *Id.*, ECF No. 82 (Supreme Court Order).

Second, on July 15, 2026, the United States District Court for the District of Hawaii issued an order denying United Laundry Services, LLC's motions for summary judgment and granting the SBA's cross-motions for summary judgment. *United Laundry Servs., LLC v. U.S. Small Bus.*

*Admin.*, Nos. 24-cv-516, 24-cv-517, 2026 WL 2049809 (D. Haw. July 15, 2026).  As discussed in

Defendants' cross-motion for summary judgment, United Laundry Services, LLC, is an affiliate

of AC Linen who filed nearly identical complaints challenging the SBA's decisions to deny its

loan forgiveness applications.  Fed. Defs.' Opening & Opp. Br., ECF No. 46-1 at 14 n.2.



Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Dated: August 5, 2026          By:    /s/ *Nicole M. O'Connor*
Nicole M. O'Connor
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
Tel.: 617-748-3112
Email: Nicole.O'Connor@usdoj.gov

\

## CERTIFICATE OF SERVICE

I, Nicole O'Connor, Assistant United States Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.


Dated: August 5, 2026          By:    /s/ *Nicole M. O'Connor*
Nicole M. O'Connor
Assistant United States Attorney